**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:06-CR-369** |
| | : | |
| **v.** | : | **(Judge Neary)** |
| | : | |
| **DENNIS R. SMITH,** | : | |
| | : | |
| **Defendant** | : | |

**ORDER**

AND NOW, this 1st day of September 2026, upon consideration of the motion (Doc. 31) for writ of error coram nobis filed by Dennis Smith III, and further upon consideration of the briefing in support of and in opposition thereto (Docs. 32, 36, 39, 40), and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that the motion (Doc. 31) for writ of error coram nobis is DENIED.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania